FILED

01/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0580

THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 20-0580

In the Matter of,

J.W.,

A youth under the age of eighteen
years.

Montana Sixteenth
Judicial District Court **FILED**
Case No. DJ-2020-1

JAN 1 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER GRANTING
APPELLANT'S FIRST
MOTION FOR EXTENSION OF
TIME TO FILE OPENING
BRIEF**

Upon review of Appellant's Motion, no objection by Appellee, and good cause appearing, IT IS HEREBY ORDERED that Appellant J.W. shall have and is hereby granted, 30 (thirty) days from the original due date of February 10, 2021, in which to prepare, file and serve his Opening Brief on Appeal herein.

Said Opening Brief shall be prepared, filed and served on or before March 15, 2021.

SO ORDERED this _14_ day of January, 2021.